# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149168-9(65)

DIANE NASH, Personal Representative of the
ESTATE OF CHANCE AARON NASH,
      Plaintiff-Appellee,

v

DUNCAN PARK COMMISSION,
      Defendant-Appellant.

_____/

SC: 149168
COA: 309403
Ottawa CC: 10-002119-NO

DIANE NASH, Personal Representative of the
ESTATE OF CHANCE AARON NASH,
      Plaintiff-Appellee,

v

DUNCAN PARK TRUST, and EDWARD
LYSTRA, RODNEY GRISWOLD, and JERRY
SCOTT, Individually and as Trustees of the
DUNCAN PARK TRUST,
      Defendants-Appellants.

_____/

SC: 149169
COA: 314017
Ottawa CC: 12-002801-NO

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time to file her brief on appeal is GRANTED. The brief will be accepted as timely filed if submitted on or before January 30, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2015



Clerk